| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 17 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

INSINKERATOR, LLC, a Delaware limited liability company,

    Plaintiff - Appellee,

 v.

JONECA COMPANY, LLC, a Delaware limited liability company and JONECA CORPORATION, a California corporation,

    Defendants - Appellants.

No. 25-286

D.C. No. 8:24-cv-02600-JVS-ADS
Central District of California, Santa Ana

ORDER

The court has received the emergency motion to stay. The response to that motion is due by 9:00 a.m. Pacific Time on January 21, 2025. The optional reply in support of the motion is due by 4:00 p.m. Pacific Time on January 21, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT