

Hogan Lovells US LLP
4 Embarcadero Center
Suite 3500
San Francisco, CA 94111
T  +1 415 374 2300
F  +1 415 374 2499
www.hoganlovells.com

August 27, 2025

The Honorable Marsha S. Berzon
The Honorable Stephen A. Higginson
The Honorable Jennifer Sung
United States Court of Appeals for the Ninth Circuit
125 South Grand Avenue
Pasadena, CA 91105

**Re:    No. 25-286, InSinkErator, LLC v. Joneca Company, LLC, *et al.***

Dear Judges Berzon, Higginson, and Sung:

     During oral argument on Friday, I made an analogy between garbage disposers and blenders and stated (at 3:15 of the video recording) that "blenders are sold based on an input number, an input wattage." Judge Higginson asked for record support, and I replied that I would provide the excerpt. Following argument, on closer review, I realized that I was recalling information that was not part of the appellate record. The record excerpt I had in mind makes the blender analogy but does not state that blenders are marketed to consumers based on an input wattage. *See* 2-ER-083 (McCormick Decl. para. 44) (noting that the UL standard for blenders, like the UL standard for garbage disposers, calls for measuring input current). I regret my error and hope that this clarifies the record.

Sincerely,

Trenton H. Norris
Partner
trent.norris@hoganlovells.com
415.374.2365

cc:  All counsel of record

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dublin  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Washington, D.C.  For more information see www.hoganlovells.com.