No. 25-286

IN THE

# United States Court of Appeals for the Ninth Circuit

INSINKERATOR LLC, a Delaware limited liability company,

*Plaintiff-Appellee*,

v.

JONECA COMPANY, LLC, a Delaware limited liability company, and THE JONECA CORPORATION, a California corporation,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Central District of California
No. 8:24-cv-02600-JVS-ADS (Hon. Judge James V. Selna)

**MOTION TO FILE SUPPLEMENTAL BRIEF
PURSUANT TO REQUEST FOR RECORD SUPPORT**

Trenton H. Norris
HOGAN LOVELLS US LLP
Four Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
trent.norris@hoganlovells.com

Michael L. Turrill
Joseph R. O'Connor
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.turrill@hoganlovells.com
joe.oconnor@hoganlovells.com

*Counsel for Defendants-Appellants*
JONECA COMPANY, LLC and
THE JONECA CORPORATION

1

Pursuant to Federal Rule of Appellate Procedure 27, Defendants-Appellants Joneca Company, LLC and The Joneca Corporation ("Joneca" or "Defendants-Appellants") respectfully request leave to file a supplemental brief in the form of a one-page letter in response to this Court's request for specific record support during the oral argument held in Pasadena, California on August 22, 2025. *See* ECF No. 53.

In support of this motion, Joneca states as follows:

1. During the oral argument on August 22, 2025, Joneca made an analogy between garbage disposers and blenders and stated (at 3:15 of the recorded hearing)[1] that "blenders are sold based on an input number, an input wattage."

2. Judge Higginson asked for record support of Joneca's above statement, and Joneca stated that it would provide the excerpt.

Joneca therefore respectfully requests leave from this Court to provide a brief response (350 words or less) to the Court's request. Joneca believes that this supplemental letter brief will provide a sufficient response to the Court's request and clarify the record.

---

[1] The video recording of the oral argument can be found at the following link: https://www.ca9.uscourts.gov/media/video/?20250822/25-286/. *See also* ECF No. 53.

                                                                           Respectfully submitted,

Dated: August 28, 2025                        **HOGAN LOVELLS US LLP**

                                                                            By:  */s/ Trenton H. Norris*
                                                                                    Trenton H. Norris

                                                                                    *Counsel for Defendants-Appellants*
                                                                                    JONECA COMPANY, LLC and
                                                                                    THE JONECA CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on August 28, 2025.

| | |
|---|---|
| Dated: August 28, 2025 | */s/ Trenton H. Norris* <br> Trenton H. Norris <br><br> *Counsel of Defendants-Appellants* <br> JONECA COMPANY, LLC and <br> THE JONECA CORPORATION |